## Commonwealth *v.* DeMichel, Appellant.

Ar-

gued December 8, 1969. *Lenard H. Sigal*, for appellant; *Paul R. Michel*, Assistant District Attorney, with him *James D. Crawford*, Deputy District Attorney, *Richard A. Sprague*, First Assistant District Attorney, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.